ELINOR O'CONNOR v. JOHN C. O'CONNOR.

May 2, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM HARTSHORN.

May 2, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES CALVIN HILL.

May 2, 1989.

Petition for certification granted.

JOHN D. STILES v. AL POROWSKI, INC.

May 2, 1989.

Petition for certification denied.

LEROY T. THAYER v. DIAGNOSTIC/RETRIEVAL
SYSTEMS, INC., ET AL.

May 2, 1989.

Petition for certification denied.